IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

UNITED STATES OF AMERICA            )
                                    )
                                    )
v.                                  )          No. 3:98-CR-62
                                    )
WILBERT H. CHERRY, JR.              )

**<u>ORDER</u>**

Before the court is the order entered by United States Magistrate Judge H. Bruce Guyton concerning the status conference held August 5, 2014 [doc. 156] in this matter. At the conference, counsel agreed that defendant's commitment under 18 U.S.C. § 4246 would be handled by the Western District of Missouri, which would assume jurisdiction over the defendant. Counsel further agreed that no further proceedings in this district are required and that the case can be closed. Defense counsel pointed out that if defendant were to be subsequently found competent, the case could be reopened here and defendant could be returned for a revocation hearing. Therefore, the magistrate judge recommended that the case be closed.

For the reasons presented at the status conference and in the magistrate judge's order, the court **ACCEPTS** and **ADOPTS** the magistrate judge's recommendation. This case shall be closed.

**IT IS SO ORDERED**.


ENTER:


<u>       s/ Leon Jordan      </u>
United States District Judge